**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Village Oaks Senior Care, LLC** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-0873153** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1011 Saint Andrews Drive, Suite G** <br> **El Dorado Hills, CA 95762** <br> Number, Street, City, State & ZIP Code | **3941 Park Drive, Suite 20331** <br> **El Dorado Hills, CA 95762** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **El Dorado** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.eldoradovillageoaksseniorcare.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **Village Oaks Senior Care, LLC**                          Case number (*if known*) _____
                Name

**7.  Describe debtor's business**      A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

        __6233__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Village Oaks Senior Care, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Village Oaks Senior Care, LLC**
_____     Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Village Oaks Senior Care, LLC**      Case number (*if known*) _____
     Name

---

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 9, 2024**
            MM / DD / YYYY

X _____      **Benjamin L. Foulk**
   Signature of authorized representative of debtor      Printed name

Title    **Owner/Manager**

---

**18. Signature of attorney**

X   */s/ D. Edward Hays* _____      Date   **May 9, 2024**
   Signature of attorney for debtor            MM / DD / YYYY

**D. Edward Hays**
Printed name

**MARSHACK HAYS WOOD LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone   **(949) 333-7777**      Email address   **ehays@marshackhays.com**

**#162507 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Village Oaks Senior Care, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ann D. Whited, CPA 6629 Golfcrest Drive San Diego, CA 92119** | | **Outstanding Invoice #1910 and #1925.** | | | | **$4,600.00** |
| **Basilio B. Sosa 1011 Saint Andrews El Dorado Hills, CA 95762** | | **Current Employee** | | | | **$0.00** |
| **Benjamin L. Foulk 3941 Park Drive, Suite 20331 El Dorado Hills, CA 95762** | | **Current Employee** | | | | **$0.00** |
| **Bradley A. Chambers 4841 Grannan Way Placerville, CA 95667-7814** | | | | | | **$0.00** |
| **First-Citizens Bank & Trust Company 100 E. Tryon Road Raleigh, NC 27603** | | **Real Property described in UCC Financing Statement** | | **Unknown** | **Unknown** | **Unknown** |
| **Gina Foulk c/o Jeffrey H. Ochrach Ochrach Law Group Rocklin Professional Building 5701 Lonetree Blvd., Suite 213 Rocklin, CA 95765** | | **Judgment entered against Benjamin Foulk** | | | | **$2,367,750.00** |
| **Hailey M. Peterson 105 Candlelight Court Somerset, CA 95684-9624** | | **Current Employee** | | | | **$0.00** |

Debtor  **Village Oaks Senior Care, LLC**                    Case number *(if known)* _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Juanito B. Estrabillo 3427 Evergreen Circle, Apt. 14 West Sacramento, CA 95691** | | **Current Employee** | | | | **$0.00** |
| **Juanito B. Estrabillo 3427 Evergreen Circle, Apt. 14 West Sacramento, CA 95691** | | **Current Employee** | | | | **$0.00** |
| **Julie M. Baias 7930 Andora Way Sacramento, CA 95824** | | **Current Employee** | | | | **$0.00** |
| **Kevin A. Singer, Receiver Receivership Specialists 11500 W. Olympic Blvd., #530 Los Angeles, CA 90064** | | | | | | **$0.00** |
| **Kevin A. Singer, Receiver Receivership Specialists 7251 W. Lake Mead Blvd., Suite 300 Las Vegas, NV 89128** | | | | | | **$0.00** |
| **Kevin A. Singer, Receiver Receivership Specialists 1 Park Plaza, Suite 600 Irvine, CA 92614** | | | | | | **$0.00** |
| **Kevin A. Singer, Receiver Receivership Specialists 2 North Central Avenue, Suite 1800 Phoenix, AZ 85004** | | | | | | **$0.00** |
| **Kevin A. Singer, Receiver Receivership Specialists 200 South Virginia Street,Suite 800 Reno, NV 89501** | | | | | | **$0.00** |

Debtor  **Village Oaks Senior Care, LLC**                                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kevin A. Singer, Receiver Receivership Specialists 500 Capitol Mall, Suite 2350 Sacramento, CA 95814** | | | | | | **$0.00** |
| **Kevin A. Singer, Receiver Receivership Specialists 4660 La Jolla Village Dr.,Suite 100 San Diego, CA 92122** | | | | | | **$0.00** |
| **PG&E P.O. Box 997320 Sacramento, CA 95899-7300** | | **Unpaid utility bill** | | | | **$8,984.44** |
| **State of California FTB P.O. Box 942857 Sacramento, CA 94257-0611** | | **Tax Lien for Taxable Years 12/20 and 12/21** | | | | **$4,698.33** |
| **Wells Fargo Bank P.O. Box 29482 Phoenix, AZ 85038** | | | | | | **$1,900.00** |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**D. Edward Hays**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777 Fax: (949) 333-7778**
California State Bar Number: **#162507 CA**
**ehays@marshackhays.com**

FOR COURT USE ONLY

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Village Oaks Senior Care, LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:   **May 9, 2024** _____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:   **May 9, 2024** _____

*/s/ D. Edward Hays*
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Village Oaks Senior Care, LLC
3941 Park Drive, Suite 20331
El Dorado Hills, CA 95762


D. Edward Hays
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701

```
Ajasani (Anju) Mohan
1820 Madrone Ave
West Sacramento, CA 95691


Alina Tocu
7930 Andora Way
Sacramento, CA 95824


Ann D. Whited, CPA
6629 Golfcrest Drive
San Diego, CA 92119


Basilio B. Sosa
1011 Saint Andrews
El Dorado Hills, CA 95762


Benjamin L. Foulk
3941 Park Drive, Suite 20331
El Dorado Hills, CA 95762


Bradley A. Chambers
4841 Grannan Way
Placerville, CA 95667-7814


El Dorado Disposal
P.O. Box 7428
Pasadena, CA 91109-7428


El Dorado Irrigation District
2890 Mosquito Road
Placerville, CA 95667
```

First-Citizens Bank & Trust Company
100 E. Tryon Road
Raleigh, NC 27603


Gina Foulk c/o Jeffrey H. Ochrach
Ochrach Law Group
Rocklin Professional Building
5701 Lonetree Blvd., Suite 213
Rocklin, CA 95765


Hailey M. Peterson
105 Candlelight Court
Somerset, CA 95684-9624


J. Bradford Simpson
Davis, Pickren, Seydel & Sneed
285 Peachtree Center, Ave. N.E.
2300 Marquis Tower Two
Atlanta, GA 30303


Juanito B. Estrabillo
3427 Evergreen Circle, Apt. 14
West Sacramento, CA 95691


Julie M. Baias
7930 Andora Way
Sacramento, CA 95824


Kevin A. Singer, Receiver
Receivership Specialists
11500 W. Olympic Blvd., #530
Los Angeles, CA 90064


Kevin A. Singer, Receiver
Receivership Specialists
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, NV 89128

```
Kevin A. Singer, Receiver
Receivership Specialists
1 Park Plaza, Suite 600
Irvine, CA 92614


Kevin A. Singer, Receiver
Receivership Specialists
2 North Central Avenue, Suite 1800
Phoenix, AZ 85004


Kevin A. Singer, Receiver
Receivership Specialists
200 South Virginia Street,Suite 800
Reno, NV 89501


Kevin A. Singer, Receiver
Receivership Specialists
500 Capitol Mall, Suite 2350
Sacramento, CA 95814


Kevin A. Singer, Receiver
Receivership Specialists
4660 La Jolla Village Dr.,Suite 100
San Diego, CA 92122


Kevin A. Singer, Receiver
Receivership Specialists
1 Sansome Street, Suite 3500
San Francisco, CA 94104


Kevin A. Singer, Receiver
Receivership Specialists
1500 Palma Drive, 2nd Floor
Ventura, CA 93003


Kevin A. Singer, Receiver
Receivership Specialists
212 W. Washington St, Suite 1909
Chicago, IL 60606
```

Lori M. Bartholomew- Treadway
105 Candlelight Court
Somerset, CA 95684


Monique J. Lytell
3050 Ridgecrest Way
Pollock Pines, CA 95726


Nicoleta Tocu
7735 Stockton Blvd., Apt. 627
Sacramento, CA 95823


PG&E
P.O. Box 997320
Sacramento, CA 95899-7300


Riley M. Peterson
105 Candlelight Court
Somerset, CA 95684-9634


Rodrigo Colegado
6701 Almond Avenue
Orangevale, CA 95662


State of California FTB
P.O. Box 942857
Sacramento, CA 94257-0611


Tracy L. Peterson
3646 18th Avenue
Sacramento, CA 95820

```
Wells Fargo Bank
P.O. Box 29482
Phoenix, AZ 85038


Xfinity
1701 JFK Boulevard
Philadelphia, PA 19103
```

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**D. Edward Hays**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777 Fax: (949) 333-7778**
California State Bar Number: **#162507 CA**
**ehays@marshackhays.com**

FOR COURT USE ONLY

■ *Attorney for: Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Village Oaks Senior Care, LLC**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:   **11**

### CORPORATE OWNERSHIP STATEMENT
### PURSUANT TO  FRBP 1007(a)(1)
### and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **D. Edward Hays**                                    , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **May 9, 2024** | By:   */s/ D. Edward Hays* |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:  **D. Edward Hays** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## RESOLUTION OF VILLAGE OAKS SENIOR CARE, LLC

The managing member ("Managing Member") of Village Oaks Senior Care, LLC organized under the laws of the State of California ("VOSC"), after a duly noticed and held meeting, hereby consents, adopts, and approves the following resolutions:

**IT IS RESOLVED** that Benjamin L. Foulk, VOSC's Owner and Manager be, and hereby is, authorized to determine, based upon the LLC's financial circumstances as of the date hereof, any subsequent events, and advice of counsel, whether it is desirable and in the best interests of VOSC, its participants, its creditors, and other interested parties, that a voluntary petition ("Petition") be filed by VOSC under the provisions of chapter 11 of the Bankruptcy Code. If appropriate, the Petition may be filed under subchapter V of chapter 11.

**IT IS FURTHER RESOLVED** that, if the Owner and Manager determines that a Petition should be filed, then such Petition shall be filed as submitted by the Owner and Manager and the same hereby is approved and adopted in all respects, and the Owner and Manager is hereby authorized and directed, on behalf of and in the name of VOSC, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court for Eastern District of California.

**IT IS FURTHER RESOLVED** that the Owner and Manager be, and hereby is, authorized to execute and file all petitions, schedules, and lists which she may deem necessary and proper in connection with such bankruptcy proceedings under said chapter 11 and in that regard to retain and employ assistance by legal counsel, other professionals, or such individuals as she may deem necessary and proper with a view to the successful conclusion of such bankruptcy proceedings.

**IT IS FURTHER RESOLVED** that Marshack Hays Wood LLP be, and hereby is, retained as attorneys for VOSC. Marshack Hays Wood LLP may take such actions as are directed by the Owner and Manager, including but not limited to, the filing of a bankruptcy petition under Title 11 of the United States Code of the prosecution of such a case to its conclusion.

Dated: May 13, 2024

By: _____

Its: Managing Member

# Declaration of Ben Foulk

I, BEN FOULK, declare as follows:

1.  I am an individual over 18 years of age and competent to make this Declaration.

2.  If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.  I am the owner and manager of Village Oaks Senior Care, LLC ("Village Oaks").

4.  I make this declaration pursuant to 11 U.S.C. § 1116(1)(B).

5.  The profit and loss statement for Village Oaks has not been audited and prepared.

6.  No cash flow statement has been prepared for Village Oaks.

7.  No federal income tax return exists for Village Oaks, which is a pass-through entity.

8.  I have provided the most recent available balance sheet for Village Oaks.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May ___, 2024.

BEN FOULK

4884-9339-4006v.3-1015-153

# Village Oaks Senior Care, LLC

## Balance Sheet

### As of December 31, 2023

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1st Citizens Bank | 150,506.34 |
| First Citizens - 0413 | -222,847.12 |
| **Total Bank Accounts** | **$ -72,340.78** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 66,838.69 |
| **Total Accounts Receivable** | **$66,838.69** |
| Other Current Assets | |
| Due to AB Properties | 1,196,870.15 |
| Due to from Ben Foulk | 127,280.61 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$1,324,150.76** |
| **Total Current Assets** | **$1,318,648.67** |
| Fixed Assets | |
| Accumulated Depreciation | -1,346,267.00 |
| Building | 41,588.09 |
| Furnishings | 5,932.73 |
| Landscaping | 2,400.00 |
| Sign | 3,646.50 |
| Village Oaks Build-out | 1,296,346.41 |
| **Total Fixed Assets** | **$3,646.73** |
| Other Assets | |
| Accumulated Amortization | -23,708.00 |
| Organizational Costs | 142,245.46 |
| **Total Other Assets** | **$118,537.46** |
| **TOTAL ASSETS** | **$1,440,832.86** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 7,490.00 |
| **Total Accounts Payable** | **$7,490.00** |
| Other Current Liabilities | |
| Due to from EDSC | 78,740.50 |
| **Total Other Current Liabilities** | **$78,740.50** |
| **Total Current Liabilities** | **$86,230.50** |

# Village Oaks Senior Care, LLC

## Balance Sheet

As of December 31, 2023

|  | TOTAL |
|---|---|
| Long-Term Liabilities |  |
| First Citizens Payable |  |
| AB Properties | 1,197,783.24 |
| Village Oaks | 2,085,000.00 |
| **Total First Citizens Payable** | **3,282,783.24** |
| **Total Long-Term Liabilities** | **$3,282,783.24** |
| **Total Liabilities** | **$3,369,013.74** |
| Equity |  |
| Owner's Pay & Personal Expenses | -20.58 |
| Retained Earnings | -1,868,280.12 |
| Net Income | -59,880.18 |
| **Total Equity** | **$ -1,928,180.88** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,440,832.86** |